IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD CHAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1899 |
| | ) Judge Lancaster |
| JEFFERY A. BEARD, *et al.*, | ) Chief Magistrate Judge Caiazza |
| | ) In Re: |
| | ) |
| Respondents. | ) |

**ORDER**

More than four months have elapsed after the instant complaint was filed and service has not been effectuated upon the Defendants. The Plaintiff shall show good cause on or before **September 29, 2005**, why the Defendants have not been served with the complaint and summons within 120 days of the filing, as required by Fed. R. Civ. P. 4(m), and why this case should not be dismissed.

IT IS SO ORDERED, this 14th day of September, 2005.


September 14, 2005        s/Francis X. Caiazza
                          Francis X. Caiazza
                          U.S. Magistrate Judge

cc:
Ronald Chavis, FP-4196
SCI ALBION
10745 Rt 18
Albion, PA 16475