IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL IDEEN, CW6127,              )
                                  )
     Plaintiff,                   )
                                  )
                                  )
     v.                           ) Civil Action No. 05-1188
                                  ) Chief Judge Ambrose
                                  ) Magistrate Judge Caiazza
JEFFERY BEARD,                    ) In Re: Doc.
et al.,                           )
                                  )
     Defendants.                  )

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions, **U.S. Marshal form 285** for service upon **each** Defendant, along with a **completed notice and waiver of summons**, and copies of the complaint for **each** Defendant, to the Clerk of Court, for the Western District of Pennsylvania, on or before October 22, 2005.


September 22, 2005            s/Francis X. Caiazza
                              Francis X. Caiazza
                              U.S. Magistrate Judge


cc:
Abdule Ideen, CW-6127
SCI Greene
169 Progress Drive
Waynesburg, PA 15370