IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. 05-1188 |
| | ) |
| F.B.I. AGENT MARK DWITTS, et al. | ) Chief Judge Ambrose |
| | ) Magistrate Judge Caiazza |
| Defendants. | ) |

### ORDER

A rule was issued upon the Plaintiff to show good cause why this case should not be dismissed because of his failure to comply with this court's order dated October 26, 2005, which directed him to provide proper instructions, U.S. Marshal form 285 for service upon each Defendant, along with a completed notice and waiver of summons, and copies of the complaint for each Defendant, to the Clerk of Court, for the Western District of Pennsylvania, on or before November 22, 2005. The rule was returnable by January 18, 2006. Having failed to show good cause, this case is hereby DISMISSED.

Donetta W. Ambrose
U.S. District Court Judge

cc:
Abdul Ideen, CW 6127
SCI Greene
169 Progress Drive
Waynesburg, PA 15370